IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DENA SUTLIFFE                                                                                      PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:17-CV-213-SA-RP

IHOR FARTUSHYNSKYY; PATRIOT TRANSPORT,
INC.; AND EXPEDITOR SYSTEMS, INC.                                            DEFENDANTS

**AGREED ORDER AND JUDGMENT OF DISMISSAL**

This matter has come before the Court on the *ore tenus* motion of the Plaintiff to dismiss this matter with prejudice. The Court, having been fully advised of the premises therefore and knowing that counsel for both parties are in agreement, is of the opinion that said motion should be granted.

IT IS, THEREFORE ORDERED AND ADJUDGED that this matter is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED, this the 30th day of May, 2018.

                                    /s/ Sharion Aycock
                                  UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

| s/Philip A. Stroud | s/James D. Holland |
|---|---|
| Philip A. Stroud, MSB No.: 99401 | James D. Holland, MSB No.: 2517 |
| Attorney for Plaintiff | Attorney for Defendant |
| The Stroud Law Firm, P.C. | Page, Kruger & Holland, P.A |
| 5779 Getwell Rd., Ste. C-1 | Post Office Box 1163 |
| Southaven, MS  38672 | Jackson, Mississippi 39215 |